# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 97-4128

———————

| | |
|---|---|
| Gene Lalonde, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Kenneth S. Apfel, Commissioner | * |
| of Social Security, | *        [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: June 2, 1998
Filed: July 6, 1998

———————

Before FAGG, BEAM, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Gene Lalonde appeals the dismissal of his action seeking constructive reopening of a previously denied claim for child disability benefits. Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court[1] for the reasons set forth in the magistrate judge's well-reasoned report. See 8th Cir. R. 47B. In addition, Lalonde's assertion that his prior attorneys were negligent is not grounds

————————————————————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

for reversal in this civil action.  See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT..